IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-20-3H

UNITED STATES OF AMERICA,

v.

**ORDER**

DWAYNE MAY,

    Defendant.

This matter is before the court on defendant's letter which this court construes as a motion for release from custody under 18 U.S.C. § 3624(c)(2) as amended by 12003(b)(2) of the CARES Act. Release under this statute is determined by appropriate Bureau of Prisons' officials. Therefore, the court has no authority to alter defendant's sentence under 18 U.S.C. § 3624(c)(2), and the motion [DE #309] is DENIED.

This 9th day of June 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26